IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONJA LANG, <br>   Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 6:20-cv-00653 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br>   Defendant. | § <br> § <br> § <br> § | JURY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties appearing herein have reached a settlement disposing of all claims brought by Plaintiff Sonja Lang against Defendant Texas Departement of Criminal Justice ("TDCJ").

Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Sonja Lang hereby gives notice that she is dismissing with prejudice all claims against Defendant TDCJ in the above-entitled action.

Respectfully submitted,

_____      August 2, 2023
WALTER L. TAYLOR    DATE
Attorney for Sonja Lang

_____    August 3, 2023
BRIANA M. WEBB    DATE
Assistant Attorney General
Attorney for Defendant TDCJ

## NOTICE OF ELECTRONIC FILING

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Joint Stipulation of Dismissal with Prejudice** in accordance with the Electronic Case Files System of the Western District of Texas on August 3, 2023.

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRIANA M. WEBB**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above **Joint Stipulation of Dismissal with Prejudice** has been served on all counsel of record by the Electronic Case Files System of the Western District of Texas on August 3, 2023.

/s/ Briana M. Webb
**BRIANA M. WEBB**
Assistant Attorney General